# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 7/6/06*

PHILIP CODARA,

          Plaintiff(s),

v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

          Defendant(s).

CASE NO. 5:06-cv-00411-RMW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* Private Mediation.

Parties are meeting and conferring to identify mutually-agreeable mediator and arrange time and location for the mediation.

The parties agree to hold the ADR session by:

        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline  180 days from date of order

Dated: June 22, 2006

Dated: June 22, 2006

/s/ Joel Waelty
Attorney for Plaintiff

/s/ Michael N. Westheimer
Attorney for Defendant

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
    90 days from the date of this order.
✓  other   180 days from order date.

IT IS SO ORDERED.

Dated: 7/6/06　　　　　　　　　　　　　　　　　/s/ Ronald M. Whyte

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT    JUDGE